IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL JUSTIN PARKINS                                                                       PLAINTIFF
ADC #168018

V.                              Case No. 4:23-CV-01119-JM-BBM

DOE, Hernia Mesh Company                                                                  DEFENDANT

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Benecia B. Moore and the objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.  Plaintiff's Complaint, Notices, and Supplemental Complaint (Docs. 2, 6–8) are DISMISSED, without prejudice, for failure to state a claim upon which relief may be granted.

2.  This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3.  The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 4th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE