IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL JUSTIN PARKINS                                          PLAINTIFF
ADC #168018

V.                          Case No. 4:23-CV-01119-JM-BBM

DOE, Hernia Mesh Company                                       DEFENDANT

## **JUDGMENT**

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 4th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE